UNITED STATES DISTRICT COURT
FOR THE FIRST DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BENNETH O. AMADI,          )
   Plaintiff.              )
                           )
   v.                      )  C.A. No. 16-cv-10861-NMG
                           )
GARRET MCMANUS (individually )
and in his official judicial capacity), )
DCF,                       )
LINDA SPEARS (individually and in )
 her official capacity), and )
SEAN ANTHONY BERNARD (individually)
And in his official capacity) )

**PLAINTIFF'S MOTION TO STRIKE ALL THE AFFIDAVITS OF THE DEFENDANTS AND GRANT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS UNOPPOSED; OR IN THE ALTERNATIVE, ORDER FOR AN EVIDENTIARY HEARING.**

### I. INTRODUCTION

1. Plaintiff hereby moves to strike all the Affidavits of Sara Garofalo and Sean Anthony Bernard ("Defendants' Affidavits") in support of their opposition to Plaintiff's Motion for Preliminary Injunction. Plaintiff requests the Court to grant his motion as unopposed. Alternatively, plaintiff requests this Court to order for an evidentiary hearing in this case. Plaintiff states that defendants' affidavits should be struck because (i) defendants had previously admitted and/or adopted all the relevant and material allegations contained in the plaintiff's affidavit as truthful; (ii) defendants' affidavits are inundated with premeditated perjurious statements; and (iii) the defendants' affidavits are replete with inadmissible hearsay, conclusory and speculative statements of opinion and they also contain matters that the affiants are not competent to testify upon. Accordingly, all the affidavits of the defendants should be stricken as a matter of law.

*Motion denied. /s/ NMGorton, USDJ 7/11/16*