UNITED STATES DISTRICT COURT
FOR THE FIRST DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

CIVIL ACTION NO: 16-cv-10861-NMG.

| | |
|---|---|
| BENNETH O. AMADI, <br> Plaintiff. <br><br> v. <br><br> 1. GARRETT MCMANUS (individually and in hiss official capacity); <br> 2. The DCF; <br> 3. LINDA S. SPEARS (individually and in her official capacity); <br> 4. ANTHONY SEAN BENARD (individually) and in his official capacity); <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S MOTION FOR THE COURT TO CORRECT, AMEND AND TO MAKE THE NECESSARY ADDITIONAL FINDINGS TO ITS RULING OF JULY 12, 2016; PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE 52 AND 59.

Now comes the plaintiff and respectfully requests this court to amend its findings in this case that entered on or about July 12, 2016. The plaintiff also requests the court to make additional findings, where necessary, in the interest of justice in this case. Plaintiff states that this motion has become very necessary because some of the findings made by the court are clearly erroneous and do not tally with the true factual allegations in the case; some are unrepresentative of the facts and some are completely alien to the facts and circumstances of the case, thereby leading the court to the wrong conclusion that it reached in this case. Plaintiff therefore requests that this motion be granted in the interest of justice.

In support of this motion, plaintiff respectfully states that the following

*Motion denied. s/NM Gorton, USDJ 10/11/16*

1