UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BENNETH O. AMADI,
    Plaintiff.

v.

C.A. NO. 16-cv-10861-NMG

1. GARRETT MCMANUS (individually and in his/her official capacity as a Judge, Lynn Juvenile Court – Essex County);
2. The DCF;
3. LINDA S. SPEARS (individually and in his/her official capacity as the DCF Commissioner);
4. ANTHONY SEAN BENARD (individually and in his/her official capacity as DCF Attorney).
    Defendants.

## PLAINTIFF'S REQUEST FOR THE COURT TO STATE ITS REASONS FOR THE 9/22/16 DENIAL OF PLAINTIFF'S MOTION TO RECONSIDER

Now comes plaintiff and respectfully asks this Court to clearly and specifically state its findings and its reasons for its denial of plaintiff's motion to reconsider. Plaintiff's said motion was filed on or about July 22, 2016 and the court denied it on September 22, 2016, without stating any reason at all for the denial. In its conclusory denial of plaintiff's motion to reconsider, the Court made no findings thereby making it impossible for appellate review.

Plaintiff respectfully states that he has a pending appeal against this Court's earlier dismissal of plaintiff's Complaint in this case; and the denial of plaintiff's motion to reconsider will also form part of the appeal. From the nature of plaintiff's motion to reconsider and the issues raised therein, the Court's reasoning would obviously be different from those given for the erroneous dismissal of plaintiff's

*Treated as a motion to reconsider and motion denied.* /s/ NMGorton, USDJ 11/15/16

1